**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**THOMAS LEE ALLAMONG,**

          Plaintiff(s),         **CASE NUMBER: 07-11392
HONORABLE VICTORIA A. ROBERTS**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

          Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 10, 2008, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation (Doc. #18) recommending that the Court: (1) DENY Plaintiff's Motion for Summary Judgment (Doc. #10); (2) DENY Defendant's Motion for Summary Judgment (Doc. #15); and (3) REMAND the matter to the Commissioner. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** both parties' Motions for Summary Judgment and **REMANDS** this matter to the Commissioner. On remand, the Commissioner must evaluate Plaintiff's mental impairments as set forth in the Regulations.

    **IT IS ORDERED**.

                              S/Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: July 2, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 2, 2008.

s/Carol A. Pinegar
Deputy Clerk